**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-02947-WJM-KLM

MICHAEL MROCZEK,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,

    Defendant.

**ORDER ADMINISTRATIVELY CLOSING CASE**

This matter is before the Court on the Parties' Joint Motion to Administratively Close Case (ECF No. 12), filed July 3, 2012. The Court having reviewed the Motion hereby ORDERS as follows:

The Parties' Joint Motion is GRANTED. The above captioned matters is ADMINISTRATIVELY CLOSED pursuant to D.C.COLO.LCivR 41.2. It is FURTHER ORDERED that the Parties are GRANTED leave to move to reopen this case upon a showing of good cause.

Dated this 5th day of July, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge